# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TERRIE L. SENA,

    Plaintiff,

v.

CHARLES DANIELS, et al.,

    Defendants.

Case No. 2:21-cv-01154-GMN-NJK

**ORDER**

[Docket No. 33]

Pending before the Court is Plaintiff's motion for to extend discovery. Docket No. 33. Defendant filed a response in non-opposition to Plaintiff's motion. Docket No. 37. For good cause shown, the Court **GRANTS** Plaintiff's motion.[1]  Docket No. 33. The scheduling order is **MODIFIED** as follows:

| | |
|---|---|
| Initial Experts: | April 6, 2023 |
| Rebuttal Experts: | May 8, 2023 |
| Discovery Cut-Off | June 5, 2023 |
| Dispositive Motions: | July 5, 2023 |
| Joint Pretrial Order: | August 4, 2023, 30 days after the resolution of dispositive motions, or further Court order. |

IT IS SO ORDERED.

Dated: March 23, 2023

                                                                   Nancy J. Koppe
                                                                   United States Magistrate Judge

---

[1] The Court notes that Plaintiff failed to meet the procedural requirements for filing a motion to extend discovery. *See* Local Rule IA 6-1; Local Rule 26-3. *See also* Docket No. 24 at 3. As a one-time courtesy to Plaintiff, the Court will, in its discretion, waive those requirements for this motion only. All future motions must fully comply with this Court's Local Rules and any applicable case law.

1