UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRIE L. SENA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, et al.,<br><br>    Defendants. | Case No. 2:21-cv-01154-GMN-NJK<br><br>**ORDER** |

The parties were ordered to submit a confidential written settlement conference statement to the undersigned's box in the Clerk's Office no later than 3:00 P.M. on August 8, 2023. Docket No. 48 at 3. To date, Plaintiff has not submitted her confidential written settlement conference statement. Plaintiff is **ORDERED** to submit her confidential written settlement conference statement to the undersigned's box in the Clerk's Office no later than 3:00 P.M. on September 11, 2023.

Further, the settlement conference scheduled for August 15, 2023, at 10:00 a.m. is **CONTINUED** to September 18, 2023, at 10:00 a.m. In light of Plaintiff being incarcerated, defense counsel is **INSTRUCTED** to coordinate with the undersigned's courtroom deputy, Ari Caytuero, to facilitate Plaintiff's telephonic appearance at the settlement conference. Mr. Caytuero can be reached at 702-464- 5566. All other required participants shall appear by video as explained in Docket No. 48.

IT IS SO ORDERED.

Dated: August 11, 2023

                                                                   Nancy J. Koppe
                                                                   United States Magistrate Judge