1  AARON D. FORD
     Attorney General
2  LORIN M. TAYLOR (Bar No. 14958)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-2389 (phone)
   (702) 486-3773 (fax)
6  Email: lmtaylor@ag.nv.gov

7  *Attorneys for Defendant*
   *Rene Pena*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRIE L. SENA, | Case No. 2:21-cv-01154-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| CHARLES DANIELS, *et al.*, | |
| Defendants. | |

Defendant Rene Pena, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Lorin M. Taylor, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff, Terrie L. Sena, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 18th day of September, 2023.   DATED this  19th day of October , 2023.
AARON D. FORD
Attorney General

_____   By: _____
Terrie Sena, #1141092            Lorin M. Taylor, (Bar No. 14958)
Plaintiff, *Pro Se*              *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ____October 24____, 2023.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on _____, I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

> Terrie Sena, #1141092
> Florence McClure Women's Correctional Center
> 4370 Smiley Road
> Las Vegas, Nevada 89115
> Email: fmwcclawlibrary@doc.nv.gov
> *Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General